IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff-Respondent,

  vs.                              CIVIL NO. 10-976 JC/LFG

                                         CRIM. NO. 07-1010 JC

HERBERT I. PERKINS,

      Defendant-Movant.

## ORDER TO SHOW CAUSE

THIS MATTER comes before the Court *sua sponte*.  On October 19, 2010, the Court entered an Order [Doc. 3], directing the United States to file an Answer to Defendant-Movant Herbert I. Perkins ("Perkins")'s Motion to Vacate, Set Aside or Correct Sentence.  The deadline for answering was November 12, 2010.  That deadline has passed and no Answer has yet been filed.

IT IS THEREFORE ORDERED that the United States must show cause, on or before December 15, 2010, why Perkins's Motion to Vacate should not be granted and a hearing set on conditions of release.

                                    *Lorenzo F. Garcia*

                                    Lorenzo F. Garcia
                                    United States Magistrate Judge